DAYLE ELIESON
United States Attorney
District of Nevada

RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
160 Spear Street, Suite 800
Telephone No. (415) 977-8926
Facsimile No.   (415) 977-0134
Email Address:  richard.rodriguez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICKIE L. BURDO,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:17-CV-02203-APG-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME AND PROPOSED ORDER**<br>(***DEFENDANT'S FIRST REQUEST***) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's motion for summary judgment and cross motion for summary judgment, due on February 1, 2018, by 32 days, through and including March 5, 2018.

(1) An extension of time is needed as Defendant's counsel is in the process of contacting his client, the Office of Hearing Operations (OHO) for the purposes of seeking settlement authority in this case.

(2)  The undersigned is requesting a 32-day extension to insure the necessary time for discussion with OHO, and for them to provide a response within the next 32 days.

(3) In addition, the respective counsels will need additional time to negotiate the terms of any settlement.

(4) Plaintiff's Reply brief, if necessary will be due on March 26, 2018.

(5) Counsel for Defendant conferred with Plaintiff's counsel by email, who has no opposition to the requested extension on January 26, 2018.

(6) This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted this 26th day of January 2018.

DAYLE ELIESON
United States Attorney

*/s/ Richard M. Rodriguez*
RICHARRD M. RODRIGUEZ
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
The Honorable CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE


DATED: 1-29-2018

# CERTIFICATE OF SERVICE

I, **Richard M. Rodriguez**, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Hal Taylor, Esq. Bar #4399
223 Marsh Avenue
Reno, NV 90509
haltaylorlawyer@gbis.com


Karl E. Osterhout, Esq.
Osterhout Berger Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Karl@mydisabilityattorney.com

Dated this 26th day of January, 2018

           */s/ Richard M. Rodriguez*
           RICHARD M. RODRIGUEZ
           Special Assistant United States Attorney